**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Kevin Richardson, | Case No. 2:24-cv-01380-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| State of Nevada, | |
| Defendant. | |

This matter is before the Court on Plaintiff's filing of initiating documents. Since that date, Plaintiff has failed to pay the filing fee or submit an application to proceed *in forma pauperis* (which means proceeding without paying the filing fee). Although Plaintiff initiated this action by filing a complaint, he must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $405 filing fee. The Court will grant Plaintiff one opportunity to file such an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 on or before **September 23, 2024** to proceed with this case.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff: (1) a copy of this order; and (2) the approved short form application to proceed *in forma pauperis* for an inmate as well as its instructions.

**IT IS FURTHER ORDERED** that on or before **September 23, 2024,** Plaintiff will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee) or file with the Court a completed application to proceed *in forma pauperis* on this Court's approved form.

1  **IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before **September 23, 2024**, the Court will recommend dismissal of this action.

DATED: August 22, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE