# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Kevin Richardson,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>State of Nevada,<br><br>　　　　　Defendant. | Case No. 2:24-cv-01380-CDS-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion for "release on personal recognizance," seeking various forms of relief. (ECF No. 8). However, Plaintiff's case has not yet commenced, so his motion is premature. Specifically, the Court denied his motion to proceed *in forma pauperis* and gave him until September 23, 2024 to file a new one or pay the filing fee. (ECF No. 4). Plaintiff's mail was then returned as undeliverable, so the Court further ordered Plaintiff to update his address on or before September 26, 2024. (ECF No. 6). Plaintiff's mail was again returned as undeliverable.

Because Plaintiff's motion is premature, the Court denies it. Because it appears that Plaintiff has not been receiving his mail, the Court will extend the deadline for Plaintiff to file an application to proceed *in forma pauperis* or pay the filing fee and to update his address. Plaintiff must complete these tasks on or before October 16, 2024.

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 8) is **denied.**

**IT IS FURTHER ORDERED** that Plaintiff shall have until **October 16, 2024,** to do the following: (1) either pay the $405 filing fee for a civil action or a complete application to proceed *in forma pauperis*; and (2) update his address. **Failure to comply with this order may result in the recommended dismissal of this action.**

1  **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff
2  a copy of this order, of the order filed at ECF No. 4, and of the order filed at ECF No. 6.
3
4  DATED: September 16, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE